**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: AMY E. RACUNAS : No. 46 WM 2018
MOTION FOR EXTENSION PURSUANT :
TO RULE 311 :

## ORDER

**PER CURIAM**

 **AND NOW**, this 30th day of May, 2018, the Petition to Pursue Extension of Pennsylvania Bar Admission is DENIED.